Ms. Fontes, Courtney 138328
P.O. Box 8273
Cranston - R.I. 02920



BOSTON MA 020

5 JUN 2021 PM 1 L

United States District Court House
and Federal Building - Clerk's Office
one ~~Terrace~~ ~~Exchange~~
Providence. R.I. 02903

| | | |
|---|---|---|
| **ADULT CORRECTIONAL INSTITUTIONS**<br>**INMATE ACCOUNTS UNIT**<br>CRANSTON, RI 02920-5037<br>PH. 401-462-5293    01-72 | Bank of America<br>ACH R/T 011500010 | **200989**<br>57-1/115 RI<br>10420<br>06/04/2021 |

PAY TO THE ORDER OF: CLERK US DISTRICT COURT    $ 8.80

Eight and 80/100 DOLLARS

VOID AFTER 90 DAYS

MEMO: FILING FEES 20-00151-WES

AUTHORIZED SIGNATURE

⑈200989⑈ ⑆011500010⑆ 000525001557⑈

ADULT CORRECTIONAL INSTITUTIONS    INMATE ACCOUNTS UNIT / CRANSTON    200989

Inmate ID: 138328

Account Name: Encumbered for FONTES, COURTNEY

Date: June 04, 2021

Timestamp: 6/4/2021 10:01:27 AM

Amount: 8.80

Memo: FILING FEES 20-00151-WES

Payee: CLERK US DISTRICT COURT