**ADULT CORRECTIONAL INSTITUTIONS**
**INMATE ACCOUNTS UNIT**
CRANSTON, RI 02920-5037
PH. 401-462-5293

01-72

Bank of America
ACH R/T 011500010

200989
57-1/115 RI
10420

06/04/2021

PAY TO THE ORDER OF: CLERK US DISTRICT COURT

$ 8.80

Eight and 80/100 _____ DOLLARS

VOID AFTER 90 DAYS

MEMO: FILING FEES 20-00151-WES

AUTHORIZED SIGNATURE

⑈200989⑈ ⑇011500010⑇ 000525001557⑈

ADULT CORRECTIONAL INSTITUTIONS        INMATE ACCOUNTS UNIT / CRANSTON        200989

Inmate ID: 138328

Account Name: Encumbered for FONTES, COURTNEY

Date: June 04, 2021

Timestamp: 6/4/2021 10:01:27 AM

Amount: 8.80

Memo: FILING FEES 20-00151-WES

Payee: CLERK US DISTRICT COURT