RECEIVED
JUN 11 2021
U.S. DISTRICT COURT
DISTRICT OF R.I.

Pro Se Plaintiff

## U.S. District Court
### District of Rhode Island (Providence)
### CIVIL DOCKET FOR CASE #: 1:20-cv-00151-WES-LDA

| | |
|---|---|
| Fontes v. Lopez et al | Date Filed: 03/27/2020 |
| Assigned to: District Judge William E. Smith | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Lincoln D. Almond | Nature of Suit: 550 Prisoner: Civil Rights |
| Demand: $25,000 | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Civil Rights Violation | |

**Plaintiff**

**Courtney Scott Fontes**     represented by **Courtney Scott Fontes**
138328
RIDOC ACI
PO Box 8273
Cranston, RI 02920
PRO SE

V.

**Defendant**

**Mario Lopez**
*Individually and in his Official Capacity as a Correctional Officer at RIDOC*
    represented by **Alexander D. Schultheis**
Office of the RI Attorney General
Civil Division
150 South Main Street
Providence, RI 02903
401-274-4400 ext. 2021
Email: aschultheis@riag.ri.gov
*ATTORNEY TO BE NOTICED*

**Justin J. Sullivan**
Department of the Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903
401-274-4400
Email: jjsullivan@riag.ri.gov
*ATTORNEY TO BE NOTICED*

**Michael W. Field**
Department of Attorney General
150 South Main Street - Civil Division
Providence, RI 02903
274-4400, ext. 2380
Fax: 222-2995
Email: mfield@riag.ri.gov