① 

RECEIVED
MAR 28 2022
U.S. DISTRICT COURT
DISTRICT OF R.I.

3/25/22

To, The Powers That Be,

I Ms. Fontes, am writing today in response to the Notice sent to me on 3-24-22 with a (7) day deadline.

As a transexual woman i highly depend on federal & state laws to protect & defend me as well as myself, As an inmate & a transexual inmate i strongly depend on the protections of the R.I. DOC and it's system set in place, through Policy & Prisoner's rights as well as the Correctional staff of all levels, these policies are set in place, Not to just protect, defend and up hold the rights of a prisoner, but to also do that for all D.O.C. staff.

The actions of Mr. Walter Duffy "Cpt." were and are unacceptable and against all policy procedures, Mr. Duffy toke an oath to up hold the rule of law and to honor his position as an officer of the R.I. DOC and to completely follow the Policies.

Mr. Duffy retaliated against me for a legal complaint i filed against an officer, by actions that became a "Campaign of Harassment".

I began to have discipline reports filed after my effort to seek legal & advocacy help began, these reports were due to my filing of the Section 1983 claim my actions are "Protected Conduct"

②

as part of my First Amendment Rights, what Mr. Duffy has done and treated me coursed me to limit my legal actions & pursue a path on getting transfered to a different facility, i was at the point of stopping my suit, which was "Averse Action" and Mr. Duffy's actions and orders prove a "Causal Connection" and was directly related to my "protected Conduct". The orders to place me in Segergation & on Administrative Restrictive Status were efforts to stop, prevent and limit me to have accuess to the law libaray and legal research, i was not allowed my copies of this case in Segergation, due to not recieving approval of Mr. Duffy, the discipline reports against me would of never happened to any other inmate with these alligations against me. This is also a violation of my due process rights as a prisoner. Mr. Duffy's retaliation against me go's beyond just this, per-Mr. Duffy my legal mail to the A.C.L.U was pulled from the outgoing mail for inspection see Attach #1-#3. Mr. Duffy did not follow DOC policies #9.49-4 on retaliation, Mr. Duffy violated the Officer's Code of Ethics #3.14 DOC, Mr. Duffy violated my equal protection rights with discrimination and retaliation against a LGBTQIAS-2⊕ person. All of Mr. Duffy's action are small but add

↳ otherside

To a campaign of Harassment.
1.) Removal of Job & Phone use to Legal counsel
2.) Interception of legal mail which allowed Mr. Duffy to gain an advantage as a defendant in this case by interfering with legal meterial that were confidental
3.) The notice Mr. Duffy sent to the administration in the atemp to disregard my complaint. Violation of my due process rigths, 1st Amend' rights, Deliberate indifference all falls under Mr. Duffy's actions & orders.

"The Transgender Respect, Agency and Dignity Act".

The legislature finds and declares all of the following (B.) The United States Supreme Court recognized that incarcerated individuals are particularly vulnerable to sexual abuse & harassment and that disregarding the known risk to a Transgender woman consitutes deliberate indifference in violation of the Federal Consitution.

Grimm v. Gloucester cty. Sch. Bd..., 972 F.3d 586 " 4th Cir. 2020
SmithKline Beecham corp. v Abbott Labs, 740 F.3d 471 " 9th Cir. 2014.

The court found (actual injury) based on the advantage defendants gained by reading the plaintiff's confidental legal material."

when my legal documents were taken for review by cpt. Mr. Duffy. Retaliation & intimidation tactics are a clear violation of my rights as a individual & a Transexual woman. What damages i am seeking are valid due to Mr. Duffy's conduct and it's not just about a financial settlement, it's also about having responsibility and the accountability of the conduct Mr. Duffy took against. The action of Mr. Duffy still to date have effects on me mentally and physically. My right to mental health in a timly manner was denied due to Mr. Duffy. Retaliation is a big part that needs attention Gomez v. Vernon, 255 F.3d 1118 9th cir. 2001.
I prey this honorable court takes into consideration all the rights of a prisoner & the rights of a Trans woman in a men's facility.

Sincerly Respectfully

M. Fontes

3/25/2022

Ms. Fontes Courtney #138328
John J. Moran Facility - Med I sec
P.O. Box 8274
Cranston. R.I. 02920

Please Note: Pronoun use she/her