Ms. Fontes Courtney #138328
P.O. Box 8274 med L
Cranston, R.I. 02920

26 MAR 2022 PM 10L

United States District Court Of Rhode Island
Att: Case Manager: Nissheneyra Urizandi
One Exchange Terrace
Providence, R.I. 02903

02903-177999