Ms. Fontes, C #158328
Delta Right 116
John J. Moran Facility
P.O. Box 8274
Cranston, R.I. 02920

**RECEIVED**

MAY 12 2022

U.S. DISTRICT COURT
DISTRICT OF R.I.

5/1/22

U.S. District Court
District for R.I.
One Exchange Terrace
Providence, R.I. 02903

Re: Legal Complications

I have a civil suit #1:20-cv-00151-WES-LDA and am lost on a legal standard i have made it to a point on my own & now getting ready for a Trial (something i want) i have no clue what i am doing to ready myself for that, i can not find any Attorneys willing to help, so the (DOC) can win this one. Sorry for, i just don't know what to do next.

Sincerely

Ms. Fontes