UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **COURTNEY SCOTT FONTES**, *pro se*,<br>    *Plaintiff*<br><br>v.<br><br>**MARIO LOPEZ**, in his official and individual capacities; **ET AL.**,<br>    *Defendants* | C.A. No. 1:20-cv-00151-WES-LDA |

## DISMISSAL STIPULATION

**NOW COMES** Plaintiff, Courtney Scott Fontes ("Plaintiff"), and Defendants, Mario Lopez, Cory Cloud, Nuno Figuerido, Jeffrey Aceto, Walter Duffy, and Lieutenant Atella, all in their official and individual capacities (collectively, "State Defendants") and hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the terms of the Release Agreement, that the above-captioned civil action, and all claims therein, shall be dismissed with prejudice, no costs, no interest, no attorney's fees, and waiving all rights of appeal.

Respectfully submitted,

Plaintiff,
COURTNEY SCOTT FONTES,
*Pro se*

_____
Courtney Scott Fontes
Adult Correctional Institute
PO Box 8273
Cranston, RI 02920

Defendant,
STATE DEFENDANTS
By:

PETER F. NERONHA
ATTORNEY GENERAL

/s/ *Justin J. Sullivan*
Justin J. Sullivan (#9770)
Special Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
150 South Main St. Providence, RI 02903
Tel: (401) 274-4400 | Ext. 2007
Fax: (401) 222-2995
jjsullivan@riag.ri.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that on Monday, June 13, 2022 I filed the within document via the ECF filing system and that a copy is available for viewing and downloading. I further certify that on Monday, June 13, 2022  I mailed a true and accurate copy of the within document via U.S. First Class mail, postage prepaid, to the following:

Courtney Scott Fontes (state prisoner #138328)
Adult Correctional Institute
PO Box 8273
Cranston, RI 02920

                                                                                   */s/Justin J. Sullivan*